**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Jeffrey T. McCue and Radina A. Franks, Defendants,

Of whom Jeffrey T. McCue is the Appellant

and

Radina A. Franks is a Respondent.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2020-000958

———————————

Appeal From Charleston County
Alice Anne Richter, Family Court Judge

———————————

Unpublished Opinion No. 2021-UP-033
Submitted February 2, 2021 – Filed February 3, 2021

———————————

**AFFIRMED**

———————————

Heather Vry Scalzo, of Byford & Scalzo, LLC, of
Greenville, for Appellant.

Christopher L. Murphy, of Murphy Law Offices, of Charleston, as Guardian ad Litem for Appellant.

Sally R. Young, of South Carolina Department of Social Services, of North Charleston, for Respondent South Carolina Department of Social Services.

Tina W. Dixon, of North Charleston, for Respondent Radina A. Franks.

Alwyn Taylor Silver, of Silver Law Firm, LLC, of Georgetown, as Guardian ad Litem for the minor child.

--------

**PER CURIAM:**  Jeffrey T. McCue appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2020).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve McCue's counsel.

**AFFIRMED.**[1]

**KONDUROS, GEATHERS, and MCDONALD, JJ., concur.**

--------

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.